UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

RORIE WEISBERG, Individually
And On Behalf Of All Others Similarly Situated,

                Plaintiff,                Civil Action No. 13 CIV 2851

v.

                                        **NOTICE OF VOLUNTARY**
                                        **DISMISSAL PURSUANT TO**
                                        **RULE 41(a)**

L'OREAL USA, INC., LANCÔME LUXURY
PRODUCTS, LLC, LANCÔME SALES INC.,
LANCÔME, INC.

                Defendants.

---------------------------------------------------------x

      Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Rorie Weisberg, voluntarily dismisses this action without prejudice.

DATED: May 2, 2013                                    /s/ Jeffrey S. Feinberg
                                                        Jeffrey S. Feinberg, Esq.
                                                        The Feinberg Law Firm
                                                       The Woolworth Building
                                                       233 Broadway
                                                       Suite 2701
                                                       New York, New York 10279
                                                       Telephone: (212) 372-0297
                                                       Facsimile: (646) 417-7890
                                                       Email: jfeinberg@nfcounsel.com

                                                       Mark Schlachet
                                                       3637 South Green Road, 2nd Floor
                                                       Cleveland, OH 44122
                                                       Telephone: (216) 896-0714
                                                       Facsimile: (216) 514-6406
                                                       Email: mschlachet@gmail.com

James C. Shah
Natalie Finkelman Bennett
SHEPHERD, FINKELMAN, MILLER &
 SHAH, LLP
475 White Horse Pike
Collingswood, NJ 08107
Telephone:  (856) 858-1770
Facsimile:  (856) 858-7012
Email: jshah@sfmslaw.com
        nfinkelman@sfmslaw.com

John F. Edgar
EDGAR LAW FIRM LLC
1032 Pennsylvania Ave.
Kansas City, MO 64105
Telephone:  (816) 531-0033
Facsimile:  (816) 531-3322
Email: jfe@edgarlawfirm.com