Scheindlin, S

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X  :

RORIE WEISBERG, Individually
And On Behalf Of All Others Similarly Situated,

                        Plaintiff,          :      Civil Action No. 13 CIV 2851

v.

                            **NOTICE OF VOLUNTARY**
                            **DISMISSAL PURSUANT TO**
                            **RULE 41(a)**

L'OREAL USA, INC., LANCÔME LUXURY
PRODUCTS, LLC, LANCÔME SALES INC.,
LANCÔME, INC.

                      Defendants.

-----------------------------------------------------------X

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Rorie Weisberg,

voluntarily dismisses this action without prejudice.

DATED: May 2, 2013

                5/3/13

Hon. Shira A. Scheindlin
United States District Judge
Southern District New York

Jeffrey S. Feinberg, Esq.
The Feinberg Law Firm
The Woolworth Building
233 Broadway
Suite 2701
New York, New York 10279
Telephone: (212) 372-0297
Facsimile: (646) 417-7890
Email: jfeinberg@nfcounsel.com

Mark Schlachet
3637 South Green Road, 2nd Floor
Cleveland, OH 44122
Telephone: (216) 896-0714

Facsimile: (216) 514-6406
Email: mschlachet@gmail.com

James C. Shah
Natalie Finkelman Bennett
SHEPHERD, FINKELMAN, MILLER &
SHAH, LLP
475 White Horse Pike
Collingswood, NJ 08107
Telephone: (856) 858-1770
Facsimile: (856) 858-7012
Email: jshah@sfmslaw.com
      nfinkelman@sfmslaw.com

John F. Edgar
EDGAR LAW FIRM LLC
1032 Pennsylvania Ave.
Kansas City, MO 64105
Telephone: (816) 531-0033
Facsimile: (816) 531-3322
Email: jfe@edgarlawfirm.com

2